```
 1                  UNITED STATES DISTRICT COURT

 2               FOR THE WESTERN DISTRICT OF TEXAS

 3                         EL PASO DIVISION

 4

 5

 6   UNITED STATES OF AMERICA )No. EP:19-CR-1019-LS-2

 7   vs.                      )El Paso, Texas

 8   ETHAN STURGIS DAY        )
                              )June 12, 2019
 9   _____

10

11   -----------------------------------------------------------

12                            DOCKET CALL

13           Before the Honorable Phillip R. Martinez

14                    United States District Judge

15   -----------------------------------------------------------

16

17

18

19

20

21

22

23

24        Proceedings reported by stenotype.  Transcript produced by

25   computer-aided transcription.
```

FILED
September 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Belinda Gamez
          DEPUTY

```
 1  |              A P P E A R A N C E S
 2  |
 3  | FOR THE GOVERNMENT:
 4  | UNITED STATES ATTORNEY'S OFFICE
 5  | BY:  MS. DONNA MILLER
    | ----------------------------------
 6  | Assistant United States Attorneys
    | 700 E. San Antonio, Suite 200
 7  | El Paso, Texas 79901
 8  |
 9  |
10  | FOR DEFENDANT:
11  | BY:  MR. BROCK BENJAMIN
    | -----------------------------
12  | 1013 East San Antonio Avenue
    | El Paso, Texas 79901
13  |
14  |
15  |
16  |
17  |
18  |
19  |
20  |
21  |
22  |
23  |
24  |
25  |
```

```
 1             MR. VELEZ:  Cause No. EP:19-CR-1019, Ethan Sturgis
 2   Day.
 3             MS. MILLER:  Donna Miller on behalf of the United
 4   States.
 5             MR. BENJAMIN:  Good morning, Your Honor.  Brock
 6   Benjamin on behalf of Mr. Day.
 7             THE COURT:  Yes.
 8             MR. BENJAMIN:  At this point, I talked to Mr.
 9   Serwatka.  I understand the Government is preparing to produce
10   approximately 100,000 pages.  I will get a hard drive, and Mr.
11   Serwatka said he was going to propose a motion for protective
12   order because of all of the personal information in the
13   discovery.  Essentially --
14             THE COURT:  I haven't received that.  I think we
15   designated the case as complex.  I know that Defendant 1 is set
16   for an August docket call.
17        Are there only two defendants in the case?
18             MR. BENJAMIN:  Yes, Your Honor.
19             THE COURT:  Would you like to pass until the August
20   docket call, and then at that time I can figure out exactly how
21   much time might be needed for both codefendants so we set it on
22   the same clock?
23             MR. BENJAMIN:  Yes.  I ask for a pass for
24   investigation and negotiation until the August.
25             THE COURT:  Granted, Mr. Benjamin.  We'll schedule
```

1  that for the August 7th, 2019, docket call, and I recognize
2  that more time may be needed.  We'll wait to see where we are.
3
4                              * * * * *

```
 1                        CERTIFICATION
                          _____
 2

 3       I certify that the foregoing is a correct transcript from

 4   the record of proceedings in the above-entitled matter.  I

 5   further certify that the transcript fees and format comply with

 6   those prescribed by the Court and the Judicial Conference of

 7   the United States.

 8

 9   Date:  August 15, 2025

10                                      /s/ Walter A. Chiriboga, Jr.
                                        _____
11                                      Walter A. Chiriboga, Jr.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```