```
                 UNITED STATES DISTRICT COURT

              FOR THE WESTERN DISTRICT OF TEXAS

                       EL PASO DIVISION



UNITED STATES OF AMERICA )No. EP:19-CR-1019-LS-2

vs.                      )El Paso, Texas

ETHAN STURGIS DAY        )
                         )February 4, 2020
_____

------------------------------------------------------------

                         DOCKET CALL

            Before the Honorable Phillip R. Martinez

                    United States District Judge

------------------------------------------------------------
```

**FILED**
September 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Beinda Gamez___
                 DEPUTY

  Proceedings reported by stenotype.  Transcript produced by computer-aided transcription.

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE GOVERNMENT:

 4   UNITED STATES ATTORNEY'S OFFICE

 5   BY:  MR. STANLEY SERWATKA
     ----------------------------------
 6   Assistant United States Attorneys
     700 E. San Antonio, Suite 200
 7   El Paso, Texas 79901

 8

 9

10   FOR DEFENDANT:

11   BY:  MR. BROCK BENJAMIN
     -----------------------------
12   1013 East San Antonio Avenue
     El Paso, Texas 79901
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      MR. VELEZ:  Cause No. EP:19-CR-1019, Leslie Robert
2 Burk and Ethan Sturgis Day.
3      THE COURT:  Good morning.  May I have announcements,
4 please.
5      MR. SERWATKA:  Good morning.  Stanley Serwatka on
6 behalf of the United States.
7      THE COURT:  Thank you.
8      MR. HOLGUIN:  Good morning.  Edgar Holguin for Mr.
9 Burk.
10     MR. BENJAMIN:  Good morning.  Brock Benjamin on behalf
11 of Mr. Day.
12     THE COURT:  Good morning to all of you.
13   Mr. Holguin, what are you requesting on behalf of Mr. Burk?
14     MR. HOLGUIN:  At the last docket call, we had
15 mentioned to the Court there had been some more discovery.  We
16 had a chance to look at it.  It is consistent with about
17 326,000 files of varying, some not important at all and some
18 important.  Respectfully, there may be additional more
19 discovery, not very much in terms of volume.  I am asking to
20 see if the Court entertains a pass until the April docket call.
21     THE COURT:  The Court will consider that.
22   Do you want to move for a pass?
23     MR. HOLGUIN:  Yes, sir.
24     THE COURT:  For investigation?
25     MR. HOLGUIN:  Continuing investigation.

```
 1              THE COURT:  Mr. Benjamin?
 2              MR. BENJAMIN:  Mr. Day would join in that.
 3              THE COURT:  The Court will grant both requests for a
 4   pass.  The case has been designated complex.
 5        Mr. Serwatka, when will the final amount of discovery be
 6   produced?
 7              MR. SERWATKA:  In talking to the case agent, some
 8   amounts trickle in because there are still what we term
 9   "victims" and others, communique, and they have to write a
10   report.  We have to pass it on.  It is --
11              THE COURT:  It never ends?  There is no end in sight?
12              MR. SERWATKA:  That's the way it appears.
13              THE COURT:  The request for a pass is granted as to
14   both, and time is excluded.  I'll set both of you for the April
15   9th, 2020, docket call.  Thank you all.
16
17                            * * * * *
18
19
20
21
22
23
24
25
```

```
 1                          CERTIFICATION
                            _____
 2

 3       I certify that the foregoing is a correct transcript from

 4   the record of proceedings in the above-entitled matter.  I

 5   further certify that the transcript fees and format comply with

 6   those prescribed by the Court and the Judicial Conference of

 7   the United States.

 8

 9   Date:  August 16, 2025

10                                   /s/ Walter A. Chiriboga, Jr.
                                     _____
11                                   Walter A. Chiriboga, Jr.
```