```
 1                    UNITED STATES DISTRICT COURT

 2              FOR THE WESTERN DISTRICT OF TEXAS

 3                        EL PASO DIVISION

 4

 5

 6   UNITED STATES OF AMERICA )No. EP:19-CR-1019-LS-2

 7   vs.                      )El Paso, Texas

 8   ETHAN STURGIS DAY         )
                               )October 7, 2020
 9   _____

10

11   ----------------------------------------------------------------

12                          DOCKET CALL

13           Before the Honorable Phillip R. Martinez

14                 United States District Judge

15   ----------------------------------------------------------------

16

17

18

19

20

21

22

23

24       Proceedings reported by stenotype.  Transcript produced by

25   computer-aided transcription.
```

**FILED**

September 27, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:_____Belinda Gamez_____
                      DEPUTY

```
 1                          A P P E A R A N C E S

 2

 3    FOR THE GOVERNMENT:

 4    UNITED STATES ATTORNEY'S OFFICE

 5    BY:  MR. CHRISTOPHER SKILLERN
      ----------------------------------
 6    Assistant United States Attorneys
      700 E. San Antonio, Suite 200
 7    El Paso, Texas 79901

 8

 9

10    FOR DEFENDANT:

11    BY:  MR. BROCK BENJAMIN
      ----------------------------
12    1013 East San Antonio Avenue
      El Paso, Texas 79901
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          MR. VELEZ:  Cause No. EP:19-CR-1019, Leslie Robert

2    Burk and Ethan Sturgis Day.

3          MR. SKILLERN:  Christopher Skillern on behalf of the

4    Government.

5          MR. HOLGUIN:  Good morning, Your Honor.  Edgar Holguin

6    for Mr. Burk.

7          MR. BENJAMIN:  Good morning, Your Honor.  Brock

8    Benjamin on behalf of Ethan Sturgis Day.

9          THE COURT:  This case has been designated as complex.

10   Where are we on the discovery, Mr. Benjamin?  I know you had an

11   awful lot you were going through.  What is your request on

12   behalf of Mr. Sturgis?

13         MR. BENJAMIN:  I talked to Mr. Holguin and Mr.

14   Serwatka.  At this point in time, I think the parties are going

15   to request a setting in May, if we could, for trial.  There is

16   an abundant amount of witnesses, and they are all civilian

17   witnesses on both sides, Your Honor.

18         THE COURT:  Your request is for a trial setting

19   sometime in May 2021; is that correct?

20         MR. BENJAMIN:  Yes, Your Honor.  I think it is what

21   Mr. Holguin and I discussed.  I discussed it with Mr. Serwatka,

22   as well.

23         THE COURT:  Mr. Holguin, you agree with that?

24         MR. HOLGUIN:  Yes, Your Honor, we join.

25         THE COURT:  Thank you.

1    Let me ask, and I won't hold you to a specific time.   How

2    many days of trial do you think we need to allocate; two to

3    three weeks?

4          MR. BENJAMIN:   If I may, I asked Mr. Serwatka, and I

5    understand he was out for surgeries.  One of my concerns is

6    they only listed ten complainants, so to speak.  The list of

7    individuals and possible extraneous offenses is as broad as can

8    possibly be, I think.  I don't know at this point in time what

9    the Government intends or how they intend on proving their case

10   whether they intend on having -- there was a couple of letters

11   I sent to Mr. Serwatka.  I don't have an idea at this point in

12   time.

13         THE COURT:   I appreciate the heads up about your

14   request for a trial in May of next year.

15      At this time, do you want to move to pass for continued

16   investigation and negotiation?

17         MR. HOLGUIN:   Yes, Your Honor.

18         MR. BENJAMIN:   We do, as well.

19         THE COURT:   Thank you, Mr. Holguin.  Granted, and the

20   time is excluded.  Let me schedule this for a docket call on

21   February 3rd, 2021.

22      Mr. Skillern, if you could let Mr. Serwatka know, and I

23   would like for him to participate in that docket call so that I

24   can get a little bit more definition about what our May may

25   possibly look like on this case.

1           MR. SKILLERN:  Certainly, Your Honor.

2           THE COURT:  Anything further at this time, Mr.

3    Holguin?

4           MR. HOLGUIN:  Nothing further.  Thank you.

5           THE COURT:  Mr. Benjamin?

6           MR. BENJAMIN:  No, Your Honor.

7           THE COURT:  Time is excluded.  Docket call February 3,

8    2021, and we are adjourned on that case.

9

10                          *  *  *  *  *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          CERTIFICATION
                          _____
2

3        I certify that the foregoing is a correct transcript from

4    the record of proceedings in the above-entitled matter.  I

5    further certify that the transcript fees and format comply with

6    those prescribed by the Court and the Judicial Conference of

7    the United States.

8

9    Date:   August 16, 2025

10                                   /s/ Walter A. Chiriboga, Jr.
                                     _____
11                                   Walter A. Chiriboga, Jr.

12

13

14

15

16

17

18

19

20

21

22

23

24

25